UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Greenbelt Division

| | |
|---|---|
| IN RE:<br><br>JASON SCOTT COLLINS<br><br>      Debtor | Chapter 13<br>Case No. 20-12681-LSS |
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR RESIDENTIAL FUNDING MORTGAGE SECURITIES I, INC., MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-S7<br><br>      Movant<br><br>v.<br><br>JASON SCOTT COLLINS<br>25800 BOWMAN ACRES W.<br>DAMASCUS, MD 20872<br>      (Debtor)<br><br>KELLI M. COLLINS<br>DOWNEY MONROE DUVALL<br>25804 BOWMAN ACRES LANE<br>DAMASCUS, MD 20872<br>      (Co-Debtors)<br><br>REBECCA A. HERR<br>185 ADMIRAL COCHRANE DR., SUITE 240<br>ANNAPOLIS, MD 21401<br>      (Trustee)<br><br>      Respondents | |

NOTICE OF MOTION FOR RELIEF FROM STAY AND CO-DEBTOR AUTOMATIC STAY
PURSANT TO 11 U.S.C. § 1301(c)(3) AND HEARING THEREON

    U.S. Bank National Association, as Trustee for Residential Funding Mortgage Securities I, Inc., Mortgage Pass-Through Certificates, Series 2007-S7 has filed papers with the court seeking relief from the automatic stay of 11 U.S.C. § 362(a) and § 1301(c)(3) to enable it to proceed to ***obtain relief from automatic stay and co-debtor automatic stay***. Your rights may be affected. You should read these papers carefully and discuss then with your lawyer, if you have one in this bankruptcy case. (If you do not have a lawyer, you may wish to consult one.)

If you do not want the court to grant the motion for relief from stay, or if you want the court to consider your views on the motion, then by January 11, 2021, (parties served by mail may add three (3) days to the response deadline) you or your lawyer must file a written response with the Clerk of the Bankruptcy Court explaining your position and mail a copy to:

James E. Clarke
John E. Tarburton
Paul J. Moran
Elizabeth M. Abood-Carroll
PO Box 2548
Leesburg, VA 20177
Attorneys for U.S. Bank National Association, as Trustee for Residential Funding Mortgage Securities I, Inc., Mortgage Pass-Through Certificates, Series 2007-S7

Rebecca A. Herr
185 Admiral Cochrane Dr., Suite 240
Annapolis, MD 21401

If you mail rather than deliver, your response to the Clerk of the Bankruptcy Court for filing, you must mail early enough so that the court will receive it by the date stated above.

The hearing is scheduled for **February 1, 2021, at 2:00 PM** in Courtroom 3-D, United States Bankruptcy Court, 6500 Cherrywood Lane, Greenbelt, MD 20770.

IF YOU OR YOUR LAWYER DO NOT TAKE THESE STEPS BY THE DEADLINE, THE COURT MAY DECIDE THAT YOU DO NOT OPPOSE THE RELIEF SOUGHT IN THE MOTION AND MAY GRANT OR OTHERWISE DISPOSE OF THE MOTION BEFORE THE SCHEDULED HEARING DATE.

Date: 12/28/2020

                      Respectfully submitted,

                      /s/ Paul J. Moran
                      James E. Clarke, Bar #15153
                      John E. Tarburton, Bar #26398
                      Paul J. Moran, Bar #19595
                      Elizabeth M. Abood-Carroll, Bar #20631
                      Orlans PC
                      PO Box 2548
                      Leesburg, VA 20177
                      (703) 777-7101
                      Attorneys for U.S. Bank National Association, as Trustee for Residential Funding Mortgage Securities I, Inc., Mortgage Pass-Through Certificates, Series 2007-S7
                      jclarke@orlans.com
                      jtarburton@orlans.com
                      pmoran@orlans.com
                      eabood-carroll@orlans.com

## CERTIFICATE OF SERVICE

The undersigned states that on December 28, 2020, copies of the foregoing Notice of Motion were filed with the Clerk of the Court using the ECF system, which will send notification of such filing to the following:

Rebecca A. Herr
185 Admiral Cochrane Dr., Suite 240
Annapolis, MD 21401
ecf@ch13md.com
*Bankruptcy Trustee*

David Erwin Cahn
Law Office of David Cahn, LLC
129-10 W. Patrick St., 2nd Fl.
Frederick, MD 21701
cahnd@cahnlawoffice.com
*Debtor's Attorney*

and I hereby certify that I have caused to be mailed by first class mail, postage prepaid, copies of the foregoing Notice of Motion to the following non-ECF participants:

Jason Scott Collins
25800 Bowman Acres W.
Damascus, MD 20872
*Debtor*

Kelli M. Collins
25804 Bowman Acres Lane
Damascus, MD 20872
*Co-Debtor*

Downey Monroe Duvall
25804 Bowman Acres Lane,
Damascus, MD 20872
*Co-Debtor*

    /s/ Paul J. Moran
James E. Clarke, Esquire
John E. Tarburton, Esquire
Paul J. Moran, Esquire
Elizabeth M. Abood-Carroll, Esquire