| Name: | Collins, J | | | | | Date: 12/10/2020 |
|---|---|---|---|---|---|---|
| Loan | | | | Filed Bankruptcy 03/01/20 | | Time: 14:08 |

| Date Posted to Account | Amount Paid | Post-Petition Due Date (Applied To) | Post-Petition Amount Due | Suspense Funds (+/-) | Suspense Balance | Comments |
|---|---|---|---|---|---|---|
| | | | | | $0.00 | |
| 07/09/19 | $ - | | | $ - | $ - | |
| | | 04/01/20 | $5,615.34 | | | First pp pmt @: $5,615.34 4/1/2020 |
| | | 05/01/20 | $5,615.34 | | | |
| | | 06/01/20 | $5,615.34 | | | |
| | | 07/01/20 | $5,615.34 | | | |
| | | 08/01/20 | $5,615.34 | | | |
| | | 09/01/20 | $5,615.34 | | | |
| | | 10/01/20 | $5,615.34 | | | |
| | | 11/01/20 | $5,615.34 | | | |
| | | 12/01/20 | $5,669.38 | | | Pmt Change @: $5,669.38 12/1/2020 |
| | | Totals: | $50,592.10 | | | PP Delinquency: $50,592.10 |
| | | | | | | Less Suspense: $0.00 |
| | | | | | | Total needed to cure delinquency: $50,592.10 |