UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
at Greenbelt

IN RE:                              :
                                    :
Jason Scott Collins                 :        Case No.  20-12681-LSS
                                    :        Chapter 13
        Debtor                      :
_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ :

**OBJECTION TO PROOF OF CLAIM**

The debtor, Jason Scott Collins, by his attorney, David E. Cahn, objects to the Proof of Claim of Comptroller of the Treasury (POC #13) and states:

1. Debtor filed a voluntary petition for relief under Chapter 13 of Title 11 of the United States Code on March 1, 2020.

2. Claimant, Comptroller of the Treasury filed their Proof of Claim on August 20, 2020.

3. Claimant's Proof of Claim appears to be identical to its Proof of Claim filed contemporaneously (POC #12).

4. Debtor believes that this Proof of Claim was filed in error.

WHEREFORE, the Debtor prays that the Objection to Proof of claim be sustained for such other and further relief as to which the Debtor may be entitled.

Respectfully submitted,

/s/ David E. Cahn
David E. Cahn, Bar No. 18279
The Law Office of David Cahn
129-10 W. Patrick St., 2nd Fl.
Frederick, MD  21701
Ph: (301) 799-8072/F: (877) 862-5426
cahnd@cahnlawoffice.com

## NOTICE

PLEASE BE ADVISED THAT WITHIN THIRTY (30) DAYS OF THE DATE OF THE CERTIFICATE OF SERVICE SHOWN BELOW, YOU MAY FILE AND SERVE A RESPONSIVE MEMORANDUM OPPOSING THE OBJECTION TOGETHER WITH ANY DOCUMENTS AND OTHER EVIDENCE YOU WISH TO ATTACH IN SUPPORT OF YOUR CLAIM, UNLESS YOU WISH TO RELY SOLELY UPON YOUR PROOF OF CLAIM, AND REQUEST A HEARING, IF DESIRED, THE COURT MAY RULE ON THE OBJECTION WITHOUT A HEARING, OR SCHEDULE A HEARING IN THE COURT'S DISCRETION.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document and Proposed Order was served electronically by CM/ECF to the Trustee and by depositing same in the United States Mail, first class, postage prepaid to the following on January 11, 2021.

Brian E. Frosh
Maryland Attorney General
200 St. Paul Place
Baltimore, MD  21202

                                               /s/ David E. Cahn
                                             David E. Cahn